**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.    13-17634 |
| Jeffrey A Rogowski and Sandra S Rogowski | Judge    Pamela S. Hollis |
| Debtors | |

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 12, 2018, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Suite 2600, Chicago, Illinois 60601 at 5:00 p.m. on March 12, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1135

**SERVICE LIST**

Jeffrey A Rogowski and Sandra S Rogowski
910 Laurel Avenue
Wilmington, IL 60481

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603